FILED'11 MAY 5 11:47USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

KINI COSMA,

        Plaintiff,        Civil No. 10-3062-CL

        v.        ORDER

STATE OF OREGON, et al.,

        Defendants.

CLARKE, Magistrate Judge.

    By Order (#10) entered March 15, 2011, this action was dismissed with prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has now filed a Petition for Writ of Habeas Corpus (#15) and a Motion for Partial Summary Judgment (#16). Plaintiff's motions are denied as moot.

    The denial of plaintiff's Petition for Writ of Habeas Corpus (#15) is without prejudice to petitioner's right to

1 - ORDER

file the petition challenging her confinement in the Oregon State Hospital in a separate proceeding. Petitioner is advised that such petitions are required to be filed on petitions provided by the court and that a $5 filing fee applies.

The Clerk of the Court is requested to send petitioner the appropriate form and an application to proceed in forma pauperis.

IT IS SO ORDERED

DATED this 5 day of May, 2011.

_____
Mark D. Clarke
United States Magistrate Judge